## AFFIDAVIT OF DEA SPECIAL AGENT SEAN GEARY

I, Sean Geary, Special Agent with the Drug Enforcement Administration, being duly sworn, depose and state as follows:

## INTRODUCTION

1.  I have been a Special Agent with the DEA since 2019. I am currently assigned to the Organized Crime Drug Enforcement Task Force ("OCDETF") Boston Strike Force, a multi-agency working group comprised of the DEA, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the Federal Bureau of Investigation ("FBI"), Homeland Security Investigations ("HSI"), and the U.S. Marshals Service ("USMS"), among other state and local agencies, whose mission is to identify, investigate, disrupt, and dismantle large-scale, violent drug trafficking organizations operating in the District of Massachusetts. Prior to my employment with DEA, I was employed as a Yarmouth, Massachusetts police officer for seven years.

2.  My responsibilities as a DEA Special Agent include the investigation of possible violations of federal law, including but not limited to violations of the Controlled Substances Act. As a Special Agent, I have participated in the investigations of criminal organizations involved in the distribution of controlled substances and related money laundering violations. I have participated in all aspects of drug investigations, including physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, acting in an undercover capacity, making arrests, and debriefing defendants, informants and witnesses who had personal knowledge about major drug trafficking organizations. I have also reviewed recorded conversations and telephone, financial, and drug records. I have also received specialized training regarding the activities of narcotics traffickers, including the methods used to package, store, and distribute narcotics, and the methods used by narcotic traffickers to conceal and launder the proceeds of their narcotics-trafficking activities. Through my training and

experience, I have become familiar with the manner in which illegal drugs are imported, transported, stored, and distributed, and the methods of payment for such drugs.

3. Based on my training and experience, I am also aware that drug traffickers commonly use cellular telephones to communicate about and further their drug trafficking activities, but are aware of law enforcement's use of electronic surveillance, and thus frequently change cellular telephones numbers and cellular telephones, use multiple cellular telephones simultaneously, and use prepaid cellular telephones (where the subscriber of the phone is not required to provide personal identifying information) in an effort to thwart law enforcement's use of electronic surveillance. I am also aware that drug traffickers often speak in vague, guarded, or coded language when discussing their illegal business in an effort to prevent detection, and often use text messages in lieu of phone calls to avoid speaking over the telephone.

## PURPOSE OF AFFIDAVIT

4. This affidavit is being submitted in support of a criminal complaint against Jerson ROSA Munoz, a/k/a "Jason," (hereinafter, "JASON") charging that beginning at least in or about November 2022 and continuing until the present, the defendant did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown, to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. §846 (the "Target Offense").

5. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that the Target Subject identified herein has committed the above-described controlled substance offense.

**Procedural History**

6. On November 7, 2022, the Honorable Denise J. Casper, United States District Judge, District of Massachusetts, issued an Order authorizing investigators to intercept wire communications over cellular phones, including a phone identified as Target Telephone 1, used by Erison CUELLO-NUNEZ.

7. On December 12, 2022, Judge Casper issued an Order authorizing investigators to intercept wire and electronic communications over seven cellular phones, including a phone identified as Target Telephone 6 (used by CUELLO-NUNEZ) and Target Telephone 9 (used by JASON). On January 10, 2023, Judge Casper signed an Order authorizing the continued interception wire and electronic communications over Target Telephones 6 and 9.

8. On January 26, 2023, the Honorable Judith G. Dein, United States Magistrate Judge, District of Massachusetts, issued warrants authorizing investigators to obtain location data for cellular phones used by Target Subjects of the investigation, including Target Telephone 9 [Dkt. No. 23-5028-JGD].

9. On February 6, 2023, Magistrate Judge Dein issued a criminal complaint charging Erison CUELLO-NUNEZ, Roberto SANCHEZ, Kesendry MATEO Diaz, a/k/a "Tulile" ("TULILE"), JOSE CUELLO, and Wander CUELLO ("WANDER") with conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of 21 U.S.C. § 846 [Dkt. No. 5049-JGD].

10. On February 14, 2023, a Boston federal grand jury returned an indictment charging CUELLO-NUNEZ, SANCHEZ, TULILE, WANDER, JOSE VAZQUEZ, and JOSE CUELLO with conspiracy to distribute and possess with intent to distribute 500 grams or more of

methamphetamine, 400 grams or more of fentanyl, and cocaine, in violation of 21 U.S.C. § 846 [Crim. No. 23-10038].

11. On February 24, 2023, the Honorable M. Page Kelley, United States Magistrate Judge, District of Massachusetts, issued search warrants for three locations, one of which was JASON's residence and one of which was a storage unit used by JASON [Dkt. Nos. 23-6039-6041-MPK].

## Probable Cause

12. In June 2022, the DEA Boston Strike Force began investigating a drug trafficking organization ("DTO") led by Erison CUELLO-NUNEZ. Since interceptions over Target Telephones began on November 7, 2022, investigators learned that the CUELLO-NUNEZ DTO was distributing fentanyl, methamphetamine, and cocaine. Intercepted calls revealed that JASON both supplied drugs to and purchased drugs from CUELLO-NUNEZ. Intercepted calls indicated that JASON had numerous sources of supply in addition to CUELLO-NUNEZ. Intercepted calls and physical and electronic surveillance also revealed that JASON sold drugs to a large customer base in Massachusetts and Maine and employed couriers to assist him in his business. Intercepted calls also indicated that JASON possessed, used, and stored guns at times.

13. During the course of the investigation, investigators have seized significant quantities of fentanyl, methamphetamine, and cocaine from members of the DTO. Specifically, on November 17, 2023, investigators seized over 500 grams in suspected fentanyl and 96 grams of cocaine base from TULILE and SANCHEZ as they were transporting the drugs to a customer in Maine. On January 11, 2023, investigators seized a UPS Parcel containing 4,388 grams of highly pure methamphetamine and approximately 5 kilograms of suspected fentanyl from JOSE VAZQUEZ, who was transporting and/or storing the drugs for CUELLO-NUNEZ. On January 13,

2023, investigators seized a UPS parcel containing approximately 10 pounds of suspected crystal methamphetamine, which was destined for the CUELLO-NUNEZ DTO.

14. As detailed below, since November 2022, JASON has been intercepted numerous times over Target Telephones discussing the acquisition and distribution of drugs.

<u>November 20, 2022: JASON used Target Telephone 9 to arrange to sell CUELLO-NUNEZ a kilogram of cocaine.</u>

15. On November 20, 2022, at 5:50 p.m., JASON used Target Telephone 9 to call CUELLO-NUNEZ. JASON offered to sell CUELLO-NUNEZ a kilogram of drugs ("I have one around. Do you want it?"). CUELLO-NUNEZ said he could not purchase the kilogram if the price were high because he had a supplier who was selling it to him for $20,000 ("No, I cannot commit to something with a high price . . . They sell it for a high price. I have someone who gives it to me at a comfortable price. For 20."). JASON asked how much CUELLO-NUNEZ would be willing to pay ("What do you consider a high price?"). CUELLO-NUNEZ said he was paying $20,000 per kilogram and that because he was in the process of moving, he did not want to be purchasing excess quantities ("I have people who give it to me for 20. I just haven't found a place to move to so I can't grab too much stuff."). JASON said he would sell the kilogram for the same price ("The guy will give it to me for that same price. I don't want a profit or anything."). CUELLO-NUNEZ repeated he was trying to move to a new place and did not have a place to store the drugs ("I don't have a place to bring that to. I'm searching for an apartment."). JASON then told CUELLO-NUNEZ to call him "over video." Based on the price quoted, investigators believe JASON offered to sell CUELLO-NUNEZ a kilogram of cocaine.

16. Later, at 8:44 p.m., CUELLO-NUNEZ (using Target Telephone 1) called TULILE. CUELLO-NUNEZ said he was at JASONS's ("I'm here at Jason's house."). A few minutes later at 8:50 p.m., CUELLO-NUNEZ again used Target Telephone 1 to call TULILE and asked

TULILE to pick him up at JASON's ("I'm over here at Jason's. Come pick me up. I came in a taxi."). TULILE called CUELLO-NUNEZ when he arrived at JASONS's ("I'm down here."), and CUELLO-NUNEZ told him to wait because he was "cooking something." At the time of the last call, location data for CUELLO-NUNEZ's phone indicated it was in the vicinity of JASON's residence. Based on the investigation, investigators believe JASON offered to sell CUELLO-NUNEZ a kilogram of cocaine for $20,000; that CUELLO-NUNEZ agreed to purchase the kilogram after he had a video call with JASON; and that CUELLO-NUNEZ went to JASON's residence to pick up the kilogram of cocaine, which he was converting to crack cocaine ("cooking something").

<u>JASON and PIKACHU discussed shooting and kidnapping rival drug dealers.</u>

17.    On December 19, 2022, at 6:59 p.m., JASON (using Target Telephone 9) and spoke with a male JASON referred to as "PIKACHU" about an encounter JASON had with rival drug traffickers the night before ("Don't you know about the problem last night?"). PIKACHU asked, "What happened with those people, dude?" JASON explained he had run into a person at the Macumba night club who he and PIKACHU had previously discussed ("Do you remember what you told me the last time we were talking about that guy? . . . So let me tell you that we bumped into each other last night at Macumba. And I was with Seguridad . . . And he started whispering and stuff, but I have my thing (meaning, a firearm). He was whispering with Seguridad and Seguridad said, 'Hey, that is my people. You know? You need to let him loose.'"). JASON said the guy hid his face when he saw JASON and Seguridad ("When we arrived last night at Macumba's he was there. Pika, when he saw us . . . He hid his head when he saw us."). PIKACHU replied, "I figure, that when he saw you guys and didn't see me in that area, you know, because I was not in the area." JASON said the guy hid because he had been spreading rumors that JASON

6

was looking for him ("Hey, when he saw me, because you know he's spreading rumors that I'm looking for him."). JASON said the guy had five other men with him ("So when he saw me he pulled Seguridad to the side right away . . . More than five guys came, with some dreadlocks."). PIKACHU replied, "Yes, but they are nothing," and JASON agreed ("And I don't care about those guys.").

18. JASON asked if PIKACHU knew "Papirito" ("Listen! Pika, then when we were there, you know Papirito? Papirito and the other guy, the barber? What's his name, the chubby guy?"). PIKACHU said he had spoken to the barber the day before about shootings in the area ("Uh-huh he called me yesterday, that he was going to get shootings, that they were in the area."). JASON asked what the barber's name was ("What's his name?"), and PIKACHU replied he was the "maniac guy of the jewelry." JASON said the barber told him there was going to be a confrontation with other guys ("That one exactly. He told me, 'Be careful. We are going to have it with these guys that are here, with Guardia and them.'") and JASON told him, "Go for it." JASON explained that he followed an unidentified male referred to as "CABEZA" to the bathroom and Papirito followed them ("And at one point Cabeza went to the bathroom by himself. I followed him. And there went two of Guardia's guys . . . And then Papirito was somewhere else and when he saw me that I headed there, he followed me."). JASON said it appeared the rivals wanted to assault or kidnap Papirito ("Because it seemed that they wanted to beat Papirito. You get me? . . . So those guys are not getting away with Papirito."). JASON continued to explain that the guys in the bathroom were looking for trouble ("So then we go into the bathroom. I gave a pill to Papirito. Those guys were there. There was a guy with a coat who was gossiping too."). JASON said that one of the guys said he had shot at PIKACHU ("It seems that he shot a couple of shots at you and stuff."). PIKACHU said the guy had only shot at him once and he was going to seek revenge ("He

7

only shot one shot at me, buddy . . . But because of that shot, he's going to pay a high price."). JASON said he remained quiet, and the guy told him he did not drink anymore because he had killed a man in the Dominican Republic ("Man, I remained quiet. He was saying that he killed a guy over there, that it is why he does not drink here."). PIKACHU said the guy killed someone by accident when his gun went off ("He didn't kill no one . . . He killed that guy by mistake, the guy who he killed over there  . . . He killed him because a shot went out by accident. He is clear that he shot by mistake and killed him.").

      19.     JASON explained that the night continued with "no problems" until the "guys who were with Guardia" began staring at JASON and his crew. PIKACHU said they were staring because they were scared of JASON ("Yes, but they were just scared, man. Those people are nothing."). PIKACHU said everyone would have left if he had been there ("Everybody would have left."). JASON said one guy was instigating the tension ("Ramon's brother, that cocksucker, is the one instigating."). PIKACHU agreed and said he was going to kidnap the guy ("Yes, that shameless. He is the one I'm going to grab. I'm dying to grab him."). JASON said they would grab him and steal his jewelry ("To take away his necklace and his watch!"). PIKACHU again said he wanted to kidnap the guy ("I am dying to grab him walking around here because he's always around here . . We have to grab him like that. I'm going to call him and tell him, 'What's up?'"). JASON said Seguridad wanted to kill Guardia ("Then Seguridad got obsessed with killing Guardia . . . And he kept telling me to give him the thing (meaning, a gun), that he was going to kill him, that he was going to kill him. He was like, 'Come, I'm going to call him.' And he ended up calling him."). PIKACHU replied, "More bullshit!" JASON explained that Guardia was "submissive" to Seguridad and said "yes" to everything Seguridad said. PIKACHU said he wanted to kidnap the light skinned man ("No, but the one I want to grab is the white complexion guy.") and JASON

suggested they kidnap Ramon's brother ("The one we want is Ramon's brother."). PIKACHU disagreed ("No, I want the white complexion guy. Forget about Ramon's brother. The one I want is the white guy. That's the one I'm going to grab, just for shotting one shot at me."). JASON said that CABEZA wanted to kidnap that guy ("No because Cabeza wants that one."). PIKACHU replied, "He only shot one shot . . . And then he's saying that he shot at me a bunch of times." JASON told PIKACHU not to talk about their plan to kidnap the guys ("But do not say anything . . . that we are going to grab those guys really good.") and PIKACHU agreed ("No don't worry.").

20. JASON continued to explain that Guardia called Seguridad and threatened to assault someone who worked for Seguridad ("Listen to me, not for anything, but when I see that young kid of yours, I'm going to break his mouth . . . Listen to me old man, I just called him right now and even told them to keep the gun. That I did not want him around my house, the blond guy and the black guy."). PIKACHU asked if someone had fired a shot at Seguridad ("But didn't this guy shoot at him last night?"). JASON said that Papirito had fired shots when he and JASON were walking to JASON's vehicle ("So Papirito was heading to the truck and I told him, 'Continue walking slowly, because these guys don't know I'm using this truck.' . . . They let a couple shots go with the Perrera (type of handgun) and everything. You know?"). PIKACHU asked, "Papirito and Chichiro?" and JASON confirmed ("Uh-huh."). JASON said that Ramon's brother had become arrogant because he was making money, presumably selling drugs ("So Ramon's brother, since he is now earning some money, he's just being, he's all in."). JASON continued to explain that they had test fired a handgun to make sure it worked properly ("So Cabeza became obsessed with the necklace last night and we parked there, you know. Cabeza was obsessed with the necklace and Seguridad was obsessed with the other guy. I was in the back. I was quiet . . . So first Cabeza and I went by American Legion to test the thing. So when I released, you already know . .

9

. I don't know how a small thing like that makes such a loud sound."). PIKACHU asked, "That the 380 makes a loud sound?" JASON said he had not test fired the gun before ("Hey, I haven't tested that one. But the one I'm telling you is so small, and I don't know how it makes such a loud sound."). PIKACHU said he was calling Guardia but he was not answering his call ("I was calling him to say, 'What's up?' But he's not picking up my call. To Guardia."). JASON said they had problems with the rival group ("There is a problem with those people here."). PIKACHU agreed and said it started when PIKACHU shot at a guy ("It happened since that time with me, that problem is still there . . . Since the time I shot the shots at him."). JASON agreed ("You know it."). PIKACHU said that a man named "Negui" was not associating with the group anymore after PIKACHU had shot at him ("Don't you see that Negui is not even hanging out with them anymore . . . Because I shot at Negui driving. Because I shot a bunch of shots at him."). JASON said they should retaliate ("Yes buddy, let's get on those people.") and PIKACHU agreed ("Alright then. Let me call you right back.").

<u>JASON discussed a drug debt he owed to CUELLO-NUNEZ and a shipment of guns</u>.

21. On January 19, 2023, at 4:17 p.m., TULILE called JASON (over Target Telephone 9). CUELLO-NUNEZ, who was with TULILE, spoke to JASON over TULILE's phone and asked why he was not answering his phone ("Hey, you are not picking up the phone or anything. I'm going to get you arrested."). JASON said he had returned from vacation but only calls CUELLO-NUNEZ when he has to deliver money ("No man, it's that I came some days ago, but when I call you it's to give you money . . . No worries, you know that I am aware of it."). CUELLO-NUNEZ joked that he would send investigators to arrest JASON ("Really? I'll send you the feds and everyone over."). JASON talked about his resort vacation and that he had spent $25,000 in the Dominican Republic and held a party ("I brought 10 to spend . . . and had to send for another 10 .

10

. . . I spent $5,000 on a party for the saints."). JASON asked if something, believed to be guns ("toys"), had arrived ("What's up with the crazy dude? Asked the crazy dude if the things he told me about arrived. Did they arrive? . . . The toys."). CUELLO-NUNEZ replied that they had arrived ("Yes, it arrived nicely."). JASON asked where CUELLO-NUNEZ stored the guns ("And where was it that you put it in?"), and CUELLO-NUNEZ replied he would explain when they saw each other in person ("We'll talk later when we see each other."). JASON said he wanted to purchase equipment to either press drugs or pills ("Okay. I wanted to buy . . . You know the thing so you don't need to fuck around one by one like that? I wanted to buy, you know, a compressor."). CUELLO-NUNEZ replied that he had equipment that was better ("What I have done is better. Just let me know."). JASON again said he wanted to buy pressing equipment but have it sent in pieces so law enforcement would not detect and seize it ("Oh so I was going to buy a compressor, but you know, I was going to cut it in pieces."). JASON asked CUELLO-NUNEZ to send his phone number ("Send me your number."). CUELLO-NUNEZ said he was planning to change his number and would send a new one ("Alright, I'll send it to you soon because I'm going to change it.").

<u>JASON discussed mixing drugs at a location</u>

22.  On January 16, 2023, at 10:04 p.m., JASON received an incoming call over Target Telephone 9 from (857) 505-6473 and spoke with a male identified only as "VIEJO BO." JASON asked when a drug shipment would be arriving ("When is that crazy dude going to go get it."). VIEJO BO explained the shipment would arrive in a week ("No, that will arrive in a couple of days. I think it will bring, let me see, we have to wait like seven more days. I have to check tomorrow, since tomorrow is a holiday, so I don't know if, I have to check tomorrow to see if it counts . . . in four days I will start checking every day."). During the call, a phone rang in the background which JASON answered. An unidentified male asked if JASON had crack cocaine

11

("You got the hard?"), and JASON replied that he did not have cocaine but was mixing different drugs, possibly fentanyl ("No, bro, but I got some fire that I'm doing right. I'm doing the stuff right now. So, I'm on my way."). The male said he did not use fentanyl and again asked for crack cocaine ("I don't do that. I don't know anyone that does it. So, do you have hard?"). JASON replied he would have crack cocaine the following day ("Not right now. Tomorrow."). The male told JASON that he had a client who buys crack cocaine balls and that he had made $17,000 selling crack since December ("This kid that gets hard, a ball at a time. Guess how much money I've made him? Since the month of December . . . 17,000."). JASON ended the call and continued his conversation with VIEJO BO. VIEJO BO asked if JASON wanted to buy drugs that he had ("Okay. Listen, are you going to want a couple of things on Friday? Because the guy that I call says that he is going to have of the 'verde' that you have right now or 'rosada' of mine."). JASON said he would be ready to order more drugs by Friday ("I'll be ready for Friday."). JASON said he had asked for a kilogram, but VIEJO BO did not get it for him ("I told you to find me one, and I said you forgot about me."). VIEJO BO claimed he was out of drugs but would have more on Friday ("No, man, I don't have anything. I'm getting on Friday too.").

23.     JASON remarked that VIEJO BO had been looking for pills ("You were looking for pills earlier."). VIEJO BO replied that his supplier was giving him pills that were pink and green on Friday ("I called the guy and he told me that it was going to be for Friday that he was going to have the 15. What he had there was something big and I told him no, not that one. Something white that supposedly are the 20 ones, but I had never seen the 20's . . . I told him no. He told me that he will have the 15's and the pink on Friday . . . You already know. I'll do the pink and the green and I'll work well with that. Because when they are fake, boss, the original is a clear green."). JASON and VIEJO BO continued to talk about the different pills people were selling

and the prices. VIEJO BO said the pills were coming from a source in Providence, Rhode Island ("It seems like the guys in Providence find it for cheap, the pills, because the guy is from over there and he told me that he is going to give it to me at 13 pesos for the pink and the 15s at $15. The same that you were giving it to me for, $15 for the green."). Later in the conversation, VIEJO BO asked what JASON was doing and if he was home ("What are you up to? Are you chilling at the house?"). JASON replied that he was at a stash location mixing drugs ("In the laboratory.").

<u>JASON fielded drug calls over Target Telephone 9</u>

24. On January 29, 2023, at 11:28 p.m., JASON (using Target Telephone 9) placed a call to (774) 204-1776 and spoke with Christian DIPIETRO, who based on previous intercepted calls was a regular drug customer of JASON's. JASON told DIPIETRO that he was at the Macumba night club, which is located in Mattapan, Massachusetts ("I'm at Macumba. Where you at?"). DIPIETRO said he was in Canton, Massachusetts and would meet JASON in about 10 minutes ("Alright. I'm, uh, in the end of Canton. I'll be over there in like 10 minutes."). JASON agreed ("Aight, cool."). DIPIETRO said he had $100 to purchase drugs ("Alright. I got 100 bucks. You got that other bag or no?"). JASON affirmed ("Yeah, I got you."). DIPIETRO said he would meet JASON soon ("Aight, cool, cool. I'll see you soon."). At 11:42 p.m., JASON sent a text message to DIPIETRO asking DIPIETRO to text him when he arrived ("Tex me when u ther"). DIPIETRO immediately replied by text, "Ok." At 11:45 p.m., JASON sent another text to DIPIETRO asking how long before DIPIETRO arrived ("How long u here."). DIPIETRO replied by text, "5 min." At 11:50 p.m., DIPIETRO called Target Telephone 9 and spoke with JASON. DIPIETRO told JASON his location ("I'm right outside") and asked where he should park ("Where should I park?"). JASON told DIPIETRO to "pull up to the front." Based on the investigation, I believe DIPIETRO met with JASON to pick up drugs that he ordered.

25. On February 6, 2023, at 8:19 p.m., JASON called (857) 492-4222 and spoke with an unidentified male ("UM4222"). UM4222 had been intercepted numerous times prior to this call and is believed to be one of JASON's drug suppliers. JASON said he was "active with that small deal" and asked UM4222 to "stop here right away." JASON asked if UM4222 had cocaine ("arriba") he could buy ("Do you have any of the arriba stuff?'). UM4222 replied he would have cocaine the following night ("For the day after tomorrow, for tomorrow night."). JASON explained he had a customer who wanted to buy cocaine ("It's that I have a black guy who only buys that.") and that he was selling more cocaine that fentanyl ("I am fucking around more with the up than with the down stuff."). UM4222 said he was going to see JASON to pick up something, believed to be either drugs or money ("So let me know so I could swing by to get that because I'm four minutes from there."). JASON asked if UM4222 was going to his house ("From my house?"), and UM4222 affirmed ("Yes."). JASON agreed ("So head over here then."). At 8:27 p.m., UM4222 called Target Telephone 9 to tell JASON he had arrived ("Come down.") and JASON agreed ("Okay.").

26. On February 6, 2023, at 9:07 p.m., JASON called a male identified during the investigation as "CABEZA" (over (857) 335-6935). JASON asked if CABEZA had a half kilogram of drugs ("Do you have half?"), and CABEZA affirmed ("Yes."). JASON asked if the drugs were different from a prior batch that JASON had purchased and did not like ("But not the same you gave me the last time, right? . . . I don't like that. That's crap."). CABEZA confirmed the drugs were different and good quality ("Another one . . . The good one."). JASON asked about a cutting agent ("lactose") that CABEZA had given him to add to drugs ("That lactose you gave me is the same that's over there?"). CABEZA replied that the cutting agent he had given JASON was not lactose ("That was not the lactose."). JASON asked if CABEZA had changed the cutting

14

agent he used to prepare drugs ("Did you change it?"), and CABEZA affirmed ("Yes."). JASON asked for a quantity of the cutting agent in addition to the drugs ("Take out 50 for me."), and CABEZA agreed ("Alright.").

27. On February 24, 2023, investigators executed the federal search warrant at the ExtraSpace Storage, Unit 3148, 3175 Washington, Street, Boston, Massachusetts, which was a storage unit used by JASON. Agents recovered six firearms, including three assault rifles and two handguns, and controlled substances, believed to be fentanyl and methamphetamine, a blender, kilogram press, and a ballistic vest.

## CONCLUSION

Based on the information set forth above, I believe probable cause exists to believe that JASON has conspired with others to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C § 846.

I, Sean Geary, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information, and belief.

/s/ Sean Geary

---
SEAN GEARY
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn before me by telephone in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 this ___th day of February 2023.

February 24, 2023

___
HONORABLE M. PAGE KELLEY
CHIEF UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS