# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** DEA

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.    Case No.
- Same Defendant    New Defendant: Yes
- Magistrate Judge Case Number: 23-5049-JGD
- Search Warrant Case Number: See below
- R 20/R 40 from District of

## Defendant Information:

**Defendant Name:** Jerson Rosa Munoz    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Jason Rosa

**Address (City & State):** Dorchester, Massachusetts

**Birth date (Yr only):** 1997   **SSN (last4#):**   **Sex:** M   **Race:** Hispanic   **Nationality:** Dominican

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Leah B. Foley    **Bar Number if applicable**

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:**

☐ Already in Federal Custody as of    in    .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 02/24/2023    **Signature of AUSA:** *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jerson Rosa Munoz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | conspiracy to distribute and possess with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

23-5050-JGD, 23-5051-JGD, 23-5052-JGD